**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emmanuel Senyo Agyeman, ) | CV 04-863 PHX NVW (JRI) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Corrections Corporation of America, et al.,) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to this court's October 11, 2005 Order giving plaintiff 10 days to show cause why this action should not be dismissed for lack of prosecution as to the remaining defendants, and plaintiff having not responded,

IT IS ORDERED that this case is dismissed as against defendant John Higgs with prejudice and as against all remaining defendants without prejudice for failure to prosecute pursuant to Rule 41, Fed. R. Civ. P.  The clerk is directed to terminate this case.

DATED this 2nd day of November, 2005.

_____
Neil V. Wake
United States District Judge